No. 96–8874. SASSER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9142. REEVES *v.* HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–241. ZOLLO DRUM CO., INC., ET AL. *v.* B. F. GOODRICH CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1515. DISTRICT LODGE 64, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1553. VANN ET UX. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1565. MISSISSIPPI *v.* RODERICK ET AL. Sup. Ct. Miss. Certiorari denied.

No. 97–1608. WILSON, GOVERNOR OF CALIFORNIA, ET AL. *v.* CABAZON BAND OF MISSION INDIANS ET AL.; and

No. 97–1636. SOUTHERN CALIFORNIA OFF-TRACK WAGERING, INC., ET AL. *v.* CABAZON BAND OF MISSION INDIANS ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 124 F. 3d 1050.

No. 97–1649. ARNESON *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.

No. 97–1658. YINGER *v.* CITY OF DEARBORN ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1664. BENDE *v.* BROGDON. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–1669. CASSAN ENTERPRISES, INC., ET AL. *v.* DOLLAR SYSTEMS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1671. WHITEHALL TENANTS CORP. ET AL. *v.* WHITEHALL REALTY CO. ET AL. C. A. 2d Cir. Certiorari denied.